13-MC-00135-DECL

FILED ___ ENTERED
___ LODGED ___ RECEIVED

SEP 18 2013 DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT O. WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In the Matter of the Application of CLICK CONSULT LIMITED, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from Amazon Web Services for Use in a Foreign Proceeding | MS130135 RSL<br><br>DECLARATION OF ADAM K. LASKY IN SUPPORT OF CLICK CONSULT LIMITED'S SECTION 1782 APPLICATION |

Adam K. Lasky declares as follows:

1. I am over the age of eighteen, competent to testify in the above captioned matter, and make this declaration based upon personal knowledge.

2. I am an attorney for the Petitioner Click Consult Limited ("Click") in the above captioned matter.

3. On August 2, 2013, my co-counsel Doug Oles and myself contacted Amazon's in-house counsel Julius Chen to discuss whether Amazon would comply with the *Norwich Pharmacal* Order that Click had obtained from the English court, and if not whether Amazon would object to Click seeking a similar order from an United States court. Although Mr. Chen stated that Amazon would not produce documents in response to the English order, he also said that Amazon would not object to Click seeking a similar order from an United States court.

DECLARATION OF ADAM K. LASKY - 1

OLES MORRISON RINKER & BAKER, LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

4.   Attached hereto as **Exhibit A** is a true and correct copy of the Registration Data for Amazon Web Services, Inc. as it appeared on the website of the Washington Secretary of State – Corporations Division, on September 10, 2013.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 12th day of September, 2013.

*Adam K. Lasky*

4829-7442-1013, v. 1

DECLARATION OF ADAM K. LASKY - 2

OLES MORRISON RINKER & BAKER, LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

# EXHIBIT A

# Corporations Division - Registration Data Search

AMAZON WEB SERVICES, INC.

Purchase Documents for this Corporation »

| UBI Number | 602619955 |
|---|---|
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | DE |
| WA Filing Date | 05/31/2006 |
| Expiration Date | 05/31/2014 |
| Inactive Date | |
| Duration | Perpetual |
| Registered Agent Information | |
| Agent Name | CORPORATION SERVICE COMPANY |
| Address | 300 DESCHUTES WAY SW STE 304 |
| City | TUMWATER |
| State | WA |
| ZIP | 98501 |
| Special Address Information | |
| Address | |
| City | |
| State | |
| Zip | |

**Governing Persons**

| Title | Name | Address |
|---|---|---|
| President,Director | JASSY, ANDREW | 410 TERRY AVENUE N SEATTLE, WA 98109 |
| Vice President,Director | STONE, TIM | 410 TERRY AVE N SEATTLE, WA 98109 |
| Vice President,Chairman | BELL, CHARLES H | 410 TERRY AVENUE N SEATTLE, WA 98109 |
| 4 | | 410 TERRY AVENUE N |

Exhibit A
Page 1 of 2

| | | |
|---|---|---|
| Vice President | SELIPSKY , ADAM | SEATTLE , WA 98109 |
| Vice President | PREM , RICHARD J | 410 TERRY AVENUE N<br>SEATTLE , WA 98109 |
| Vice President, Secretary, Director | MORGAN , JOHN | 410 TERRY AVENUE N<br>SEATTLE , WA 98109 |
| Treasurer | THIARA , TARA | 410 TERRY AVE N<br>SEATTLE , WA 98109 |

Purchase Documents for this Corporation »