UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of the Application of CLICK CONSULT LIMITED, Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Obtain Discovery from Amazon Web Services for Use in a Foreign Proceeding

No. 2:13-mc-00135RSL

ORDER GRANTING CLICK CONSULT LIMITED'S APPLICATION PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN DISCOVERY FROM AMAZON WEB SERVICES FOR USE IN A FOREIGN PROCEEDING

THIS MATTER came before the Court on the Application of Petitioner Click Consult Limited ("Click") for an Order pursuant to 28 U.S.C. § 1782 to obtain discovery from Amazon Web Services, Inc. ("Amazon") for use in a foreign proceeding (Click's "Application").

The Court is fully apprised having considered Click's Application, the form of subpoena attached thereto, and the Declarations of Andrew Ralph Whalley and Adam K. Lasky (and exhibits attached thereto) in support of the Application.

NOW, THEREFORE, it is hereby ORDERED:

(1) Click's Application is GRANTED.



OLES MORRISON RINKER & BAKER, LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

(2) Click is hereby authorized under 28 U.S.C. § 1782 to issue and serve a subpoena on Amazon in the same, or substantially same, form as the subpoena that is Attachment A to Click's Application.

(3) In response to the subpoena, Amazon shall be required to produce documents within its possession, custody, or control concerning all the following subjects:

a. any information relating to the identity of the person(s) responsible for the rental of the Amazon EC2 Instance which relates to EC2 IP number ec2-184-73-182-153.compute-1.amazonaws.com including all financial information used by the person(s) to pay for the Amazon EC2 Instance;

b. the available European Union IP address content information used by the person(s) who accessed the Amazon EC2 Instance which relates to ec2-184-73-182-153.compute-1.amazonaws.com, from time to time, including but not limited to the access at 01:30:29 PDT/09.30.29 BST on Friday 26 April 2013; and

c. any data/information which relates to the accessing of the above named EC2 Instance at 01:30:29 PDT/09.30.29 BST on Friday 26 April 2013.

(4) Discovery pursuant to the subpoena shall be conducted under the Federal Rules of Civil Procedure.

DATED this 26th day of September, 2013.

Robert S. Lasnik
United States District Judge



OLES MORRISON RINKER & BAKER, LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234